IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-00213-01-CR-W-HFS |
| ) | |
| MARQUAN NORTON, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION

On October 25, 2022, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 16) Defendant was examined by Cynthia A. Low, Ph.D., who prepared a report dated January 31, 2023. (Doc. 21)

A competency hearing was held on February 14, 2023. The Government was represented by Assistant United States Attorney Brandon Gibson. Defendant appeared with attorney Bill Raymond on behalf of appointed counsel Carie Allen. The parties stipulated that Dr. Low would testify consistent with her report. No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Date: February 14, 2023

                  /s/ *Jill A. Morris*
                  JILL A. MORRIS
               UNITED STATES MAGISTRATE JUDGE