IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 22-00213-CR-W-HFS |
|  | ) |  |
| MARQUAN NORTON | ) |  |
|  | ) |  |
| Defendant. | ) |  |

ORDER

Upon motion (Doc. 15), a psychological examination was conducted by Cynthia A. Low, Ph.D, who prepared a report and opined that there is no evidence to indicate that the defendant suffers from a mental disorder or defect which would substantially impair his ability to understand the nature and consequences of the court proceedings against him or to properly assist in his defense. (Doc. 21, p.1).

A competency hearing was held on February 14, 2023, before Magistrate Judge Jill A. Morris who concluded that based upon the uncontroverted evidence defendant is competent to proceed. (Doc. 24).

Having reviewed the record and noting there is no objection to the Report and Recommendation (Doc. 24), the R&R is ADOPTED and defendant is determined to be competent.

                                                                      */s/ Howard F. Sachs*
                                                                      HOWARD F. SACHS
                                                                      UNITED STATES DISTRICT JUDGE

Dated: March 3, 2023
Kansas City, Missouri