**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 4:22-CR-00213-BCW-1
)
MARQUAN NORTON, )
)
Defendant. )

## <u>ORDER</u>

Before the Court is Magistrate Judge Jill A. Morris' Report and Recommendation (Doc. #73) concerning Defendant's competency to stand trial and assist in his defense.

On September 20, 2024, this Court found Defendant incompetent and ordered he be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). (Doc. #49). On November 27, 2024, Defendant was admitted to a suitable facility for a reasonable restoration period not to exceed four months. The Court extended Defendant's commitment period in response to the Government's unopposed motions for further mental examination. (Doc. #64). Defendant has since returned from the U.S. Medical Center for Federal Prisoners.

On June 4, 2026, Judge Morris held a competency restoration hearing at which the forensic psychological report prepared by Elizabeth A. Tyner, Ph.D., dated May 8, 2026, was presented. (Doc. #71). On July 13, 2026, Judge Morris filed the instant Report and Recommendation. (Doc. #73). The deadline to file objections has passed and Defendant has not filed any objections. The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

1

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order (Doc. #73). It is further

ORDERED the Court has found, pursuant to 18 U.S.C. § 4241, for the reasons stated in the Report and Recommendation, Defendant Marquan Norton is competent to proceed.

IT IS SO ORDERED.

Dated: July 30, 2026

/s/ Brian C. Wimes
BRIAN C. WIMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2